373 A.2d 1143

Commonwealth ex rel. Swank v. Swank, Appellant.

Argued March 14, 1977. William H. Naugle, with him Naugle & Sullivan, for appellant; Charles E. Schmidt, Jr., with him Bonnie D. Menaker, for appellee.

Order affirmed.